# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 12-CR-30103-WDS |
| AMONO WASHINGTON, | ) ) ) |
| Defendant. | ) |

## O R D E R

This matter is before the Court on the Defendant's motion to modify conditions of bond to allow him to travel to Puerto Rico from July 19, 2012 to July 23, 2012 (Doc. 30). Specifically, the defendant seeks to be allowed to take a pre-paid[1] vacation. The United States Probation Office does not object to the travel request, however, the United States does object to the defendant's travel to Puerto Rico.

Upon review of the record, the Court **GRANTS** the Motion to travel upon the following terms and conditions:

1. Defendant's bond conditions are modified for the time from July 19, 2012, to July 24, 2012,[2] and he is allowed to travel to Puerto Rico. He shall report to Probation during this period as directed and shall also report to probation promptly upon his return to St. Louis as directed by the Probation Office.

2. The defendant shall not violate any term or condition of his release on bond during the time of this authorized travel.

**IT IS SO ORDERED.**

---

[1] The record reveals that the vacation package was purchased before he was indicted.

[2] The Court notes that the defendant is scheduled to arrive in St. Louis at 10:54 pm on July 23, 2012. In light of the late arrival time, the Court has given him additional time to return to the Southern District of Illinois.

**DATE:** **9 July, 2012**

                                **/s/ WILLIAM D. STIEHL**
                                       **DISTRICT JUDGE**