**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 12-CR-30103-WDS |
| | ) | |
| **AMONO WASHINGTON, and** | ) | |
| **DECARLOS NICHOLSON,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**STIEHL, District Judge:**

Before the Court is defendant Nicholson's motion to continue (Doc. 32). The defendant seeks a continuance of the trial and final pre-trial dates on the grounds that additional time is necessary to explore the possibility of resolution of the case through plea negotiations, and, if not successful, to further prepare for trial. The government has no objection to the motion to continue.

Upon review of the record, the Court **FINDS** that it would be in the best interests of justice and the defendant to continue the final pretrial and trial in this matter. The Court **FURTHER FINDS** that additional time is reasonable and necessary to allow the defense attorney the opportunity to pursue the possibility of a plea in this case, or, if not successful, then to prepare for trial. 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i). The Court **FURTHER FINDS** that the end of justice would be best served by granting the continuance in this matter. 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** defendant's motion for a continuance. This matter is

**HEREBY** rescheduled for trial on Tuesday, October 30, 2012, at 9:00 a.m., and for a Final Pre-Trial Conference on Monday, October 22, 2012, at 10:30 a.m.

All time between the filing of this motion and the new trial date shall be excluded for speedy trial purposes as to the defendant Nicholson, and as to his co-defendant Amono Washington who remains joined for trial. §3161(h)(6).

**IT IS SO ORDERED**

**DATE:** __31 July, 2012__

/s/ WILLIAM D. STIEHL
DISTRICT JUDGE